DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
MEAGAN E. MELANSON
Chief Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIANE K. MONROE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-CR-0256-GGH |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF UNOPPOSED WAIVER OF |
| v. ) | DEFENDANT'S APPEARANCE AT CHANGE |
| ) | OF PLEA AND JUDGMENT AND |
| CHRISTIANE K. MONROE, ) | SENTENCING HEARING PURSUANT TO |
| ) | FED. R. CRIM. PROC. 43 (b)(2) |
| Defendant. ) | |
| ) | |
| ) | Date:  September 17, 2007 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Gregory G. Hollows |

    Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, CHRISTIANE K. MONROE, the defendant, individually, and through counsel, Lexi Negin, Assistant Federal Defender, and Meagan E. Melanson, Chief Certified Student Attorney, and by agreement with the government, hereby notifies the Court of Ms. Monroe's intention to waive her appearance, change her plea to guilty and proceed to Judgment and Sentencing on September 17, 2007.

    Mrs. Monroe, after conferring with counsel and by agreement with the government, wishes to waive her appearance due to her recent diagnosis with pancreatic cancer. Mrs. Monroe was diagnosed on May 12, 2007 by her medical professionals. Proof of that diagnosis has been provided to the government. In light of Mrs. Monroe's rapidly deteriorating medical health, both the government and Mrs. Monroe's attorneys have agreed that her presence at the Change of Plea and Judgment and Sentencing Hearings should not be required.

    Therefore, Mrs. Monroe respectfully ask that the Court accept her waiver of appearance, enter her change of plea, and impose judgment and sentencing in her absence.

Dated:   September 4, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lexi Negin
                                        _____
                                        LEXI NEGIN
                                        Assistant Federal Defender

                                        MEAGAN E. MELANSON
                                        Chief Certified Student Attorney

                                        Attorney for Defendant
                                        CHRISTIANE K. MONROE

**ORDER**

It is hereby ordered that the Court accepts the defendant CHRISTIANE K. MONROE's Waiver of Appearance at the Change of Plea and Judgment and Sentencing hearing and, as authorized under Fed. R. Crim. Proc. 43(b)(2), permits the hearing to occur in her absence.

Dated: 9/6/07                    /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 United States Magistrate Judge

monroe.ord

Notice of Waiver of Appearance    -3-